*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and GANNON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Tarick L. BRITTINGHAM**
Naval Aircrewman Mechanical First Class Petty Officer (E-6),
U.S. Navy
*Appellant*

**No. 202400186**

_____

Decided: 7 February 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kimberly J. Kelly

Sentence adjudged 8 July 2022 by a special court-martial tried at Marine Corps Support Facility, New Orleans, Louisiana, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: a letter of reprimand.

For Appellant:
*Mr. Benjamin A. Robles*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.